United States District Court
Southern District of Texas
**ENTERED**
January 22, 2018
David J. Bradley, Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| SOUTHERN AIR CHARTER COMPANY LIMITED, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL NO. 2:16-CV-00087 |
| AIRFORCE TURBINE SERVICE, LTD, | § § § | |
| Defendant. | § | |

## FINAL JUDGMENT

On January 19, 2018, the Court dismissed with prejudice this case. The Court therefore **ORDERS** entry of Final Judgment. The Court **DIRECTS** the Clerk of the Court to close the case.

SIGNED this 19th day of January, 2018.

_____
Hilda Tagle
Senior United States District Judge